IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:26-HC-2107-D

TRACY CALDWELL, )
)
Petitioner, )
)
v. ) **ORDER**
)
BRIAN BAKER, )
)
Respondent. )

On June 12, 2026, Tracy Caldwell ("Caldwell" or "petitioner"), a state inmate proceeding

pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 [D.E. 1]. On June

15, 2026, Magistrate Judge Jones issued an order of deficiency directing Caldwell to file his

petition on the forms prescribed for use by this court and to either pay the filing fee or file an

application to proceed without payment of fees and affidavit [D.E. 3]. Magistrate Judge Jones

warned Caldwell that his failure to comply may result in the dismissal of this action without

prejudice for failure to prosecute, and sent him the forms needed to comply with the order. See

id.

Caldwell failed to comply with Magistrate Judge Jones's order, and the time within which

to do so has expired. Accordingly, the court DISMISSES the action without prejudice. See Clack

v. Rappahannock Reg'l Staff, 590 F. App'x 291, 291–92 (4th Cir. 2015) (per curiam)

(unpublished); Ballard v. Carlson, 882 F.2d 93, 95–96 (4th Cir. 1989). The clerk shall close the

case.

SO ORDERED. This 14 day of July, 2026.

JAMES C. DEVER III
United States District Judge